UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21186-CIV-DIMITROULEAS

Xavier Latrell Smith,

    Plaintiff,

v.

Abbie Waxman, Assistant United States Attorney,
in her official and individual capacities, *et al.*,

    Defendants.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing pursuant to Internal Operating Procedure 2.15.00, due to this case being related to *USA v. Smith, et al.*, Case No. 23-cr-20122-BB, and subject to consent given below, it is:

**ORDERED** that the above-styled cause be and the same is hereby transferred to the Honorable Beth Bloom for all further proceedings.

**DATED** in Chambers at Fort Lauderdale, Florida, this 1st day of April, 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

After reviewing the Court file in the above numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is:

**ORDERED** that all pleadings hereinafter filed shall bear the following case number, Case No. 24-21186-CIV-BLOOM, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted in Chambers at Miami, Florida, on April 1, 2024.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies provided to:

Honorable William P. Dimitrouleas
Honorable Beth Bloom

Xavier Latrell Smith, *pro se*
51874-510
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101